```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE SHEET    )   NO. C 05 0807 CRB
    METAL WORKERS., et al.,           )
12                     Plaintiff,     )
                                      )
13          vs.                       )   NOTICE OF
                                      )   VOLUNTARY DISMISSAL
14  QUANTUM MECHANICAL CONTRACTORS,   )
    a California corporation          )
15                                    )
                       Defendant.     )
16  _____    )
17
18         Notice is hereby given that plaintiff dismisses the above
19  entitled action without prejudice pursuant to Federal Rule of Civil
20  Procedure 41, and all dates relating to this case should be taken
21  off the Court's calendar including the hearing on a Case Management
22  Conference set for May 27, 2005 at 8:30 p.m. in Courtroom No. 8,
23  19th Floor, 450 Golden Gate Avenue, San Francisco, CA.
24  Dated:   May 17, 2005        ERSKINE & TULLEY

25                               By:   /s/ Michael J. Carroll
                                       Michael J. Carroll
26                                     Attorneys for Plaintiff
27
28
                      NOTICE OF VOLUNTARY DISMISSAL
```

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Sansome Street, Suite 600, San Francisco, California 94104. On May 17, 2005 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Quantum Mechanical Contractors, Inc.
5811 E. Princeton Avenue
Fresno, CA 93720**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2005 at San Francisco, California.

                                           /s/ Sharon Eastman

May 19, 2005

